IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HERMAN DAVID EVINS                                                            PLAINTIFF

v.                      Civil No. 4:18-cv-04095

CAPTAIN ADAMS, Miller County
Detention Center ("MCDC'); MRS.
WATSON, MCDC; and CORRECTION
OFFICER BROWN, MCDC                                       DEFENDANTS

## JUDGMENT

For the reasons set forth in the Memorandum Opinion of even date, the Court finds that Defendants' Motion for Summary Judgment (ECF No. 29) should be and hereby is **GRANTED**. Accordingly, Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED,** this 7th day of June, 2019.

                                           /s/ Susan O. Hickey
                                           Susan O. Hickey
                                           Chief United States District Judge